## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALVIN DINKINS | * CIVIL ACTION |
| | * |
| VERSUS | * NO. 2:14-cv-687 |
| | * |
| FOSS MARITIME COMPANY | * SECTION "R" |
| | * JUDGE SARAH S. VANCE |
| | * |
| | * MAGISTRATE (4) |
| | * MAG. JUDGE KAREN WELLS ROBY |
| ************************************ * * | |

## *EX PARTE* MOTION FOR EXPEDITED HEARING

Defendants Foss Maritime Company and Foss Atlantic, Inc. respectfully move this Honorable Court for expedited hearing on their Motion To Quash /Set Aside Plaintiff's Notices of Deposition and for Protective Order, [Rec. Doc. 26]. Plaintiff, through notices provided Tuesday, March 10, 2014, at 3 p.m. (approx.), is seeking to depose Capt. John Bilich and Foss Atlantic within the next five (5) days, prior to the expiration of the extended discovery period. This Court's next available regularly scheduled submission date for Defendants' Motion to Quash/Set Aside and for Protective Order is April 1, 2015. Expedited hearing is necessary given the fast-approaching dates of deposition and is warranted for the reasons more fully set forth in the attached supporting memorandum.

WHEREFORE, Defendants pray that this Honorable Court grant their Motion for Expedited Hearing on Defendants' Motion to Quash/ Set Aside Plaintiff's Notices of Deposition and for Protective Order.

2430948-1

Respectfully submitted,

/s/ Robert B. Fisher, Jr.
Robert B. Fisher, Jr., T.A. #5587
Katharine R. Colletta, #27552
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
Telefax: (504)585-7075
Email: fisher@chaffe.com
Email: colletta@chaffe.com
**ATTORNEYS FOR FOSS MARITIME
COMPANY and FOSS ATLANTIC, INC.**

## Certificate of Service

I hereby certify that on the 12th day of March, 2015, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to all non-CM/ECF participants.

/s/ Robert B. Fisher, Jr.
**Robert B. Fisher, Jr.**

2430948-1