UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALVIN DINKINS | * CIVIL ACTION |
| | * |
| VERSUS | * NO. 2:14-cv-687 |
| | * |
| FOSS MARITIME COMPANY | * SECTION "R" |
| | * JUDGE SARAH S. VANCE |
| | * |
| | * MAGISTRATE (4) |
| | * MAG. JUDGE KAREN WELLS ROBY |
| ********************************* * * | |

**MEMORANDUM IN SUPPORT OF *EX PARTE* MOTION FOR EXPEDITED HEARING**

Defendants Foss Maritime Company and Foss Atlantic, Inc. respectfully seek expedited hearing of their Motion to Quash/Set Aside Plaintiff's Notices of Deposition and for Protective Order. The hearing on Defendants' motion is currently set for April 1, 2015.

As noted in the Motion to Quash/Set Aside, Plaintiff unilaterally set the depositions of Dr. William Crotwell[1], Capt. John Bilich and the 30(b)(6) corporate deposition of Foss Atlantic, Inc. The notices of deposition were transmitted via facsimile received by Defendants on March 10, 2015 at 3:04 p.m., providing Defendants with two days' notice of the deposition of Dr. William Crotwell and six days' notice of the depositions of both the 30(b)(6) corporate deposition of Foss Atlantic, Inc. and the deposition of Foss employee, Capt. John Bilich. Plaintiff's unilateral setting of these depositions, seven days before the expiration of the extended discovery period, is neither coincidence nor the result of an extraordinary circumstance but is, instead, for reasons more fully described in the Motion to Quash/Set Aside, the result of a lack of diligence in the prosecution of their case. Defendants request expedited hearing given the fast-approaching deposition dates.

---

[1] Defendants recognize that Dr. Crotwell is outside of the subpoena power of the court and are, therefore, agreeable to proceeding with Dr. Crotwell's deposition at a mutually convenient and agreeable time.

1

2430919-1

WHEREFORE, Defendants pray that this Honorable Court grant their Motion for Expedited Hearing on the Motion to Quash/Set Aside and for Protective Order.

Respectfully submitted,

/s/ Robert B. Fisher, Jr.
Robert B. Fisher, Jr., T.A. #5587
Katharine R. Colletta, #27552
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
Telefax: (504)585-7075
Email: fisher@chaffe.com
Email: colletta@chaffe.com
**ATTORNEYS FOR FOSS MARITIME
COMPANY and FOSS ATLANTIC, INC.**

**Certificate of Service**

I hereby certify that on the 12th day of March, 2015, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to all non-CM/ECF participants.

/s/ Robert B. Fisher, Jr.
**Robert B. Fisher, Jr.**

2

2430919-1