## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALVIN DINKINS | * CIVIL ACTION |
| | * |
| VERSUS | * NO. 2:14-cv-687 |
| | * |
| FOSS MARITIME COMPANY | * SECTION "R" |
| | * JUDGE SARAH S. VANCE |
| | * |
| | * MAGISTRATE (4) |
| | * MAG. JUDGE KAREN WELLS ROBY |
| ********************************** | * * |

## ORDER

Considering the foregoing *Ex Parte* Motion for Expedited Hearing on the Motion to Quash/Set Aside and for Protective Order filed by Defendants Foss Maritime Company and Foss Atlantic, Inc.;

**IT IS ORDERED** that Defendants Foss Maritime Company and Foss Atlantic, Inc. be and are hereby **GRANTED** Expedited Hearing on their Motion to Quash/Set Aside Plaintiff's Notices of Deposition and for Protective Order.  Hearing is hereby set for _____ day of _____ 2015 at ____ o'clock __. m.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____.
**HON. KAREN WELLS ROBY**
**UNITED   STATES   DISTRICT   COURT**
**MAGISTRATE JUDGE**

2430902-1